Case 1:16-cv-03574-PGG   Document 16   Filed 04/05/17   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MIRIAM RIVAS, on behalf of herself and
all others similarly situated,

                Plaintiff,

          -against-

ENHANCED RECOVERY COMPANY,
LLC.,

                Defendant.

Civil Action Number: 1:16-cv-03574-PGG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff
MIRIAM RIVAS, and defendant ENHANCED RECOVERY COMPANY, LLC.,, that the above-
entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against
any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      March 2, 2017

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: *Abraham Hamra*
    Abraham Hamra

110 East 59th Street,
Suite 3200
New York, New York 10022
Tel: (646) 590-0571

Law Offices of Peter Cipparulo, III, LLC
*Attorneys for Defendant*

By:/s/ Peter Cipparulo
    Peter Cipparulo

349 Route 206, Suite K
Hillsborough, NJ 08844
(908)-275-8777

SO ORDERED:

_____
HON. Paul G. Gardephe
UNITED STATES DISTRICT JUDGE

April 5, 2017